Zameer R. AZAM, Plaintiff—Appellant,

v.

**CONTRA COSTA TIMES,**
Defendant—Appellee.

No. 05–16326.

D.C. No. CV–05–00494–MHP.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Decided May 23, 2006.

Zameer R. Azam, Folsom, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

## MEMORANDUM**

Zameer R. Azam, a California state prisoner, appeals pro se from the district court's judgment dismissing for failure to state a claim his 42 U.S.C. § 1983 action alleging defendant newspaper published libelous matter accusing Azam of felonious acts. We review do novo a dismissal under 28 U.S.C. § 1915(e)(2), *Huftile v. Miccio–Fonseca*, 410 F.3d 1136, 1138 (9th Cir. 2005), and we may affirm on any ground supported by the record, *Graves v. City of Coeur D'Alene*, 339 F.3d 828, 846 n. 23 (9th Cir.2003). We affirm.

Dismissal of this action was proper, because Azam failed to allege that the Contra Costa Times' actions deprived him of a constitutional right. *See Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir.1988); *Paul v. Davis*, 424 U.S. 693, 712, 96 S.Ct. 1155, 47 L.Ed.2d 405 (1976) (allegations of defamation alone are insufficient to support a section 1983 claim).

The remaining contentions lack merit.

Azam's motions for this court to take judicial notice of materials relating to his criminal proceedings are denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).